Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of  Columbia

Division

Yodit Dagne Tadesse

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

FBI, Oregon State and State officials

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Cas

Case: 1:24-cv-02283    JURY DEMAND
Assigned To : Reyes, Ana C.
Assign. Date : 7/29/2024
Description: Pro Se Gen Civ. (F-DECK

Jury Trial:  *(check one)*    ☒ Yes    ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)



RECEIVED
Mail Room

JUL 29 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Yodit Tadesse |
| Address | 9627 Blyth Rock Avenue |
| | Las Vegas            NV            89147 |
| | *City*            *State*            *Zip Code* |
| County | United States |
| Telephone Number | 541-231-9902 |
| E-Mail Address | yodit.dagne@comcast.net |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jackson &  Oregon FBI |
| Job or Title *(if known)* | FBI agent & Oregon FBI |
| Address | 2601 25th SE #300 |
| | Salem            OR            97302 |
| | *City*            *State*            *Zip Code* |
| County | United States |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | |
|---|---|
| Telephone Number | (503) 326-6601 |
| E-Mail Address *(if known)* | pajackson@fbi.gov |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Fay Stetz  Oregon State and officals |
| Job or Title *(if known)* | Director of civil right and social justice |
| Address | Department of Justice |

| 1162 Court Street NE | Salem | OR |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | United States |
| Telephone Number | (503)934-4400 |
| E-Mail Address *(if known)* | fay.stetz-waters@doj.state.or.us |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Color of Law

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Equal Protection of Liberty

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Willful of Deprivation of Right, I am an American citzen but I was ignored of my origen (alien)

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

## COMPLAINS TO STATE OF OREGON AUTHORITIES, AND TO ALL FBI OFFICES IN OREGON INPERSON, CERTIFIED MAIL, AND E-MAIL

1.) **Attempted murder**:

On 7/01/2022, at 9:00 am, I had an appointment with attorney Allan Marek to sign documents. When I arrived at the 810 SW Madison Ave office, I noticed a car parked inside. The man was sitting on a covered face with a baseball hut. Mr. Allen acted unusually; his new office assistant had never seen her before. She sat in his office with us, and he said your properties were recorded in different counties. I just noticed before you arrived. While you talk to my assistance, I'll fixes the mistakes in other office he left. I felt almost guarded not to leave his office. The next day, my mother and I drove to California on vacation. Luckily, we parked the car at Portland Airport and took a plane. Two weeks later, I returned to Portland to pick up the car and drove it to Corvallis. I felt something was wrong with the vehicle. When I took the car for service, the brake fluid was opened, and the cap was in a different spot.

2.) 7/29/2022, Upon discovering the car, I immediately reached out to Corvallis police, specifically Officer Chase Tedrow, and requested his assistance in reviewing the city camera footage. I reported the fraudulent activities of the judge and attorneys, and also mentioned that other women had similar experiences and were willing to come forward. I cooperated fully with Officer Tedrow, recording our conversation with his consent and promptly emailing him the evidence and court audio record on the same day.

3.) 7/30/2022, I emailed the Department of Justice a written complaint with important evidence; and it was referred to the Oregon Bar Association. Sarra Yamin started deleting the attorney's prior complaint and changed Mr. Barlow and Mr. Larry, who represented different lawyer names, as opposite attorneys.

4.) 8/5/2022, My son and I went to the FBI office in Salem and met with Mr. Jackson FBI agent. We told him about conspiracy and fraud related my case he asked to email him the trial audio and other information regarding the case. I emailed Mr. Jackson the same day, 8/5/2022. (copy attached)

5.) 8/4/2022, I emailed Civil Rights to Department of Justice Fay Stetz with a copy of the initial complaint made on 6/12/2022 with a court audio record. (Copy Attached)

6.) I emailed a complaint about corruption and my situation to the Washington Civil Rights Office and received an email stating they don't have a budget.

(copy attached)

7.) 4/2023, I called the United States Attorney's office, the response was they take cases only from FBI and told me not to send any evidence.

8.) 8/26/2023 I filed a complaint of judicial misconduct and sent the audio record of the trial along with other evidence. On 12/2024, I submitted more evidence. (copy attached)

9.) 6/13/2023, I sent certified mail to six deferent FBI offices in Oregon with detailed complaints.

10.) 1/14/2024 I sent certified mail to the FBI headquarters in Washington, D.C. with detailed evidence and a court audio record

11.) An Ethiopian ambassador in Washington DC referred me to Derge Demisse, an Ethiopian attorney. I emailed Dmisse all of the court evidence, to which he identified the issues and wanted to help me the case. I paid $10,000 for that service. He told me he would prepare a claim and find attorneys in Oregon. A few days later, he called and said there was a special appeal to reopen the case and compensate me entirely. If only don't claim the constitutional issues and when I refused stopped calling.

12,) 3/9/2024 I came to Washington DC to get help, I gave for my evidence and story to different organization out of desperation
13.) 1/2024 FBI removed my email complain I made to FBI on 8/5/2022, Corvallis Police 7/29/2022 and Civil right 8/4/2022 but it was saved on USB

13.) One year and eight months on 5/15/2024 I went to Corvallis for my son's graduation: I was under FBI physical and electronic surveillance for entire time I staid in Corvallis: on 7/11/2024 I managed to get-out from Corvallis.

14.) My friend made appointment with someone in Iowa to help me write my complain regards to constitutional issues for 7/18/2024
Because of FBI intense surveillance, my son used public library to reserved hotel and buy my tickets using his credit card and different email. I also left all my electronics at home not to be followed by FBI. Unfortunately, my son used Gogol map in Portland to get to PDX airport forgot both sons' phone is under surveillance. When we realized, my son and I were frightening, FBI will do anything to keep me in Oregon: my son drove fast and I managed to get me pass security. On 7/11/2024 Frontier flight 1106, Gate 18 C from Portland to Las Vegas; few minutes letter, I went and got coffee close to the Gate,18 C and put my wallet back to my bag, noticed there was five people watching me and texting following: four man and one tall Indian women long black hair ponytailed, She tried to distract my attention and managed to take my wallet from my bag including my passport, driving license, social security card four credit card, $7,800 cash and other documents; last I used the wallet to buy coffee and I notice the wallet was gone before I arrived in Las luggage area; it was taken at Portland airport at Gate 18 C on 7/11/2024 by the same agents I described. The same thing happened in New York on 9/06/2023 and reported to New York Police and got temporary ID to get back to Las Vegas.
    FBI not only cover up federal crimes to protect elites form prosecute, they also breaking federal laws.

# Unjustified Abuse of Power By FBI

I called over 236 attorneys in Oregon without a response. Initially, I thought this was because of the Judge's involvement, and my former attorney is the chairman of the disciplinary board; however, I realized the Government essentially blocklisted me against all law firms in the United States by using cyber and physical monitoring. I am an American citizen, law-obedient, and taxpayer. I don't understand why I am targeted.

The distressing surveillance began when two adjacent neighbors were replaced with stalkers and undercovers who monitored my daily routine. The constant presence of different vehicles following me was overwhelming and deeply unsettling.

I received a call from attorney general assistance threatening me not to send the court audio record to anyone. Soon, Sara Yamin from the Oregon Bar Association called, and she repeatedly asked me if I was sure to submit the audio recording with my complaint in a threatening voice, which was insincere and cautioning. I knew the magnitude of the case, and I contacted an investigative reporter; she also found other women victims by the same attorneys, and court started recording their statements and was willing to supply the victim's recording to the Department of Justice. She was silenced.

Even though I'm financially capable of retain attorneys, they were stopped by the FBI. I have been under both physical and ecteronic surveillance since 6/13/2022. I felt helpless. I couldn't go anywhere, call, text, or email without the FBI knowing they screen, they watched everyone coming to my house or work. I started to call for help, the intimidation got aggressive. I was torcher emotionally and I cried every day. I was told and believed America is the land of freedom but the harassment triggered my past experience when I was living in Ethiopia, RED TERORE, and I became paranoid and started feeling I'd be killed anytime. I couldn't sleep; I saw my son suffering silently. We were terrorized to the point believed we were not in the United States. All my friends and family are afraid to call or visit me. I felt hopeless and dark. My doctor prescribed medicine and therapy, but daily threats and intimidation made the drug ineffective. I couldn't get away from bad thoughts' I have to flee from Oregon without telling my sons and friends. On 8/23/2022, I came to my aunt's house in Las Vegas, and it felt like I had woken up from bad dreams. Immediately, I changed my driving license, thinking they would do anything to get me back to Oregon.

Surveillance, intimidation, and threats continued in Las Vegas, I had to informed FBI in Las Vegas, I called 911, and I went to police, they terrorized me for no fault of mine and not sure how they going to justify.

Despite the challenges, I remained determined to seek justice. I started taking pictures and writing down license number of agents that followed me.

FINANCIAL INJURY

1.) I LOST TWO YEARS INCOME

2.) LOST OF BUSINESS (TO BE EVALUATED)

3.) TWO YEARS ADDITIONAL EXPENSE (TO BE EVALUATED)

4.)  TOTAL $25,000,000

5.) EMOTIONAL DISTRESS (TO BE EVALUATED)

6.) PUNITIVE DAMAGE (TO BE DETRMINED JURY)

7.) OTHER EXPENSE (TO BE EVALUATED)

8.) STOLEN WALLET AND CASH AT PDX AIRPORT ON 7/11/2024
OREGANIZED BY FBI SURVEILLANCE


I KINDLY REQUEST, THE COURT TO NOTIFY THE APPROPRIATE
AUTHORITIES FOR INVEESTIGATION OF MISCONDUCTS.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FBI & State officials willfuly protact ilits officals frode activities. FBI wilfuly cover up fedrail crims laid to abused my foundmental constitutinal rigt of liberty..On 7/11/2024 FBI servilance laid for my wallet to be stolen by unknown agent the stolen insid PDX airport including pasport,driving licenc,$7,800,cridit cards, and other documents. FBI ungestfy servilance didn't only take my liberty its becoming dengoures to my life.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

Started after my intial complain to FBI 8/5/2022 FBI engaged physical and electronic surveillance without securing warrants based on probable cause monitoring my daily routin intercepting electronic communications including emails,phone calls,and internet activity without appropriate legal authority

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

FBI and Oregon Department of Jictice miscondact of crime on excuting their professional function. FBI and Department of Juctice cover- up Fraud, Constitiutional Violation, and Civil Right Violation committed by elite officials.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My Injuries is still countinous , FBI needs to justfiy or stop this hurrasment ,I explained on my statement my daily hardship, I need the government and authorities help me to stop the abuse of FBI and others.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to demand oversight investigation by Office of Professinal Responsibillity(OPR) FBI surveillance arranged for crime , 7/11/2024 inside Portland airport from 2pm-4;30pm, Gate 18,  Flight 1109 going to Las Vegas; I was waitting to board and  unknown agentst managed to steal my wallet.The purpose was to take my documents so that I will not abel to travel on 7/15/2024 they knew I had arrangement with someone to help me claim this case .FBI abused unjustly for use of surveillance for statutes to expire before I find help.
I will justfy my claims of $25,000,000

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          7/23/2024

Signature of Plaintiff

Printed Name of Plaintiff      Yodit Tadesse

### B.   For Attorneys

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address